UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-22635-CV-MARTINEZ

MARIO DYRELL GODHIGH,

    Petitioner,

v.

LAKE CORRECTIONAL,

    Respondent.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THE MATTER** was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE 2). Magistrate Judge Reid filed a Report and Recommendation ("R&R") recommending that the Petition be dismissed for lack of jurisdiction as successive. (DE 6). Judge Reid further observed that Petitioner is a three-striker under 28 U.S.C. § 1915(g) and failed to file the required filing fee, inasmuch as the Petition attempts to assert a § 1983 claim. The Court having carefully reviewed the R&R and the record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation (DE 6) is **AFFIRMED** and **ADOPTED**. The Petition is **DISMISSED**. No certificate of appealability shall issue. The Clerk is directed to mark this case **CLOSED** and **DENY** pending motions as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of October, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE